IDA WARONEN, as Administratrix, etc., Appellant, v. ARTHUR MCMULLEN COMPANY and Another, Respondents, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

